JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:20-cv-02165-JLS-KK                                        Date: March 23, 2021
Title: Elmer Indrawan et al v. FCA US LLC, et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                             Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND (Doc. 12)**

    Defendant FCA US LLC ("FCA") removed this "lemon law" action from San Bernardino Superior Court on October 15, 2020, invoking this Court's diversity jurisdiction.  (Notice of Removal ("NOR"), Doc. 1.)  On November 10, 2020, Plaintiff brought the present Motion to Remand, contending that FCA has not made a sufficient showing as to either the amount in controversy or diversity of citizenship.  (Mot., Doc. 12.)  FCA filed a notice of non-opposition, informing the Court that the parties have agreed to settle this matter for a sum below the amount-in-controversy requirement and that, while FCA maintains removal was proper and done in good faith, it does not oppose remand.  (Non-Opp., Doc. 18.)

    Accordingly, the Court GRANTS Plaintiff's Motion[1] and REMANDS the case to San Bernardino County Superior Court—Case No. CIVDS2015803.

Initials of Deputy Clerk:  mku

---

[1] The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing set for March 26, 2021, at 10:30 a.m., is VACATED.